AO 455 (Rev. 5/85) Waiver of Indictment

***UNITED STATES DISTRICT COURT***

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

IGNACIO CARPENA-ESPINOZA

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 cr 3300-BEN

I, IGNACIO CARPENA-ESPINOZA, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on Dec. 6, 07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Defense Counsel

Before
Judicial Officer

FILED
DEC - 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

NOV. 29. 2007 12:07PM RECEIVED 11/29/2007 11:56 6192306505 BERNARDSKOMAL NO. 1992 P. 6/27